UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN MACK ANDERSON, | No. 2:23-cv-3002 CKD P |
| Plaintiff, | |
| v. | ORDER AND FINDINGS AND RECOMMENDATIONS |
| SOLANO COUNTY, et al., | |
| Defendants. | |

Plaintiff is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 3, 2024, the court screened plaintiff's complaint as the court is required to do under 28 U.S.C. § 1915A(a). The court found that plaintiff could proceed on the following claims:

1. A claim for excessive use of force arising under the Fourteenth Amendment against defendant Sgt. Kamman with respect to an incident occurring November 15, 2023. ECF No. 1 at 3.

2. A claim for denial of adequate medical care against defendants Solano County and Wellpath Medical arising under the Fourteenth Amendment and Monell v. Dep't of Social

/////

1

Services, 436 U.S. 585 at 691, 694 (1978) based upon their policies with respect to providing intravenous treatments to inmates.

     3. A claim arising under the Fourteenth Amendment against defendant Dr. Wong for denial of adequate medication. ECF No. 1 at 5.

     The court gave plaintiff two options: (1) proceed on the claims identified above; or (2) request an extension of time to file an amended complaint.  The court gave plaintiff 21 days to make a choice.  Plaintiff was also informed that failure to make a choice within 21 days would result in this action proceeding on the claims described above and consent to dismiss all other claims.   Plaintiff did not make an election within the specified time period.

     Accordingly, it is HEREBY ORDERED that:

     1. Service is appropriate for:

          A.  **Solano County**

          B.  **Wellpath Medical**

          C.  **Sgt. B. Kamman**

          D.  **Dr. Matthew Wong**

     2. The Clerk of the Court shall send plaintiff 4 USM-285 forms, one summons, an instruction sheet and a copy of the complaint.

     3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

          a. The completed Notice of Submission of Documents;

          b. One completed summons;

          c. One completed USM-285 form for each defendant listed in number 1 above; and

          d. Five copies of the complaint.

     4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. This action proceeds on the following claims:

    A. A claim for excessive use of force arising under the Fourteenth Amendment against defendant Sgt. Kamman with respect to an incident occurring November 15, 2023. ECF No. 1 at 3.

    B. A claim for denial of adequate medical care against defendants Solano County and Wellpath Medical arising under the Fourteenth Amendment and Monell v. Dep't of Social Services, 436 U.S. 585 at 691, 694 (1978) based upon their policies with respect to providing intravenous treatments to inmates.

    C. A claim arising under the Fourteenth Amendment against defendant Dr. Wong for denial of adequate medication. ECF No. 1 at 5.

6. The Clerk of Court is directed to randomly assign this matter to a district judge.

IT IS FURTHER RECOMMENDED that all other claims and defendants be dismissed without further leave to amend.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be served and filed within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: October 8, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ALLEN MACK ANDERSON, | No. 2:23-cv-3002 CKD P |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF SUBMISSION |
| SOLANO COUNTY, et al., | OF DOCUMENTS |
| Defendants. | |

    Plaintiff submits the following documents in compliance with the court's order filed _____:

    \_\_\_\_    completed summons form

    \_\_\_\_    completed USM-285 forms

    \_\_\_\_    copies of the _____ Complaint

DATED:

_____
Plaintiff

1