UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN MACK ANDERSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SOLANO COUNTY, et al.,<br><br>　　　　　Defendants. | No.  2:23-cv-3002 CKD P<br><br><br>ORDER |

　　　　Plaintiff is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On September 3, 2024, the court screened plaintiff's complaint as the court is required to do under 28 U.S.C. § 1915A(a).  The court found that plaintiff could proceed on the following claims:

　　　　1. A claim for excessive use of force arising under the Fourteenth Amendment against defendant Sgt. Kamman with respect to an incident occurring on November 15, 2023.  ECF No. 1 at 3.

　　　　2.  A claim for denial of adequate medical care against defendants Solano County and Wellpath Medical arising under the Fourteenth Amendment and <u>Monell v. Dep't of Social</u>

/////

1

Services, 436 U.S. 585 at 691, 694 (1978), based upon their policies with respect to providing intravenous treatments to inmates.

    3. A claim arising under the Fourteenth Amendment against defendant Dr. Wong for denial of adequate medication. ECF No. 1 at 5.

    The court gave plaintiff two options: (1) proceed on the claims identified above; or (2) request an extension of time to file an amended complaint. Plaintiff has indicated he wishes to proceed on the claims identified above and voluntarily dismiss his remaining claims.

    Accordingly, IT IS HEREBY ORDERED that:

    1. This action proceeds on the claims identified herein;

    2. All other claims and defendants are deemed voluntarily dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

    3. The court's October 8, 2024, findings and recommendations are vacated.

Dated: October 23, 2024

                                                  CAROLYN K. DELANEY
                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] ande3002.41(b)