

United States District Court
Eastern District of California

| Allen Mack Anderson | Case Number: 2:23-cv-3002-DAD-CKD-P |

Plaintiff(s)

V.

Solano County, et al.

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Kendra N. Stark hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Wellpath Medical and Matthew Wong

On 08/28/2017 (date), I was admitted to practice and presently in good standing in the North Carolina State Courts (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 06/04/2025         Signature of Applicant: /s/ Kendra N. Stark

**Pro Hac Vice Attorney**

Applicant's Name: Kendra N. Stark
Law Firm Name: Gordon Rees Scully Mansukhani
Address: 150 Fayetteville Street, Suite 1120

City: Raleigh  State: NC  Zip: 27601
Phone Number w/Area Code: (984) 242-1787
City and State of Residence: San Jose, California (CA Admission Pending)
Primary E-mail Address: kstark@grsm.com
Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Caitlin Phelps
Law Firm Name: Gordon Rees Scully Mansukhani
Address: 315 Pacific Avenue

City: San Francisco  State: CA  Zip: 94111
Phone Number w/Area Code: (415) 875-4126  Bar #: 352132

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 5, 2025

*Carolyn K. Delaney*
JUDGE, U.S. DISTRICT COURT
Carolyn K. Delaney US Magistrate Judge