UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALLEN MACK ANDERSON,

        Plaintiff,

    v.

SOLANO COUNTY, et al.,

        Defendants.

No.  2:23-cv-3002 CKD P

ORDER

      A review of the record indicates that neither defendant Wellpath Medical nor Wong have filed a response to plaintiff's complaint as they are required to do under Rule 12 of the Federal Rules of Civil Procedure.  Good cause appearing, defendant Wellpath Medical and defendant Wong shall file a response within 14 days.

Dated:  September 30, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
ande3002.res