UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN MACK ANDERSON, | No. 2:23-cv-03002-DAD-CKD |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITHOUT PREJUDICE |
| SOLANO COUNTY, et al, | |
| Defendants. | (Doc. Nos. 35, 39) |

Plaintiff Allen Mack Anderson is a state prisoner proceeding *pro se* in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 31, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b) following plaintiff's failure to respond to the magistrate judge's November 12, 2025 order (Doc. No. 37), directing plaintiff to file an opposition or statement of non-opposition to defendants' motion to dismiss and informing plaintiff that his failure to comply with that order would result in dismissal of this action. (Doc. No. 39.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at

1

2.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has long since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on December 31, 2025 (Doc. No. 39) are adopted in full;

2. This action is dismissed without prejudice due to plaintiff's failure to prosecute by failing to comply with the magistrate judge's order;

3. Defendants' motion to dismiss (Doc. No. 35) is DENIED as having been rendered moot by this order dismissing the action; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **June 26, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2